MONSERRAT *v.* FOOTE, DISTRICT JUDGE.

APPLICATION for a writ of *certiorari.*

No. 76.—Decided June 23, 1911.

CERTIORARI—PARTIES IN INTEREST.—Only in very extraordinary cases will a writ of *certiorari* be issued on the application of a person who is not a party to the suit whereof review is sought.

ID.—EXTRAORDINARY RELIEF—ADEQUATE REMEDY AT LAW.—When the petitioner has in the ordinary course of the law an adequate and efficient remedy to defend his rights, he cannot resort to the extraordinary remedy of *certiorari.*

The facts are stated in the opinion.

*Messrs. Eduardo Acuña* and *Alfredo Arnaldo* for petitioner.

MR. JUSTICE DEL TORO delivered the opinion of the court.

This is a case of *certiorari.* The application having been filed, the writ was issued and the hearing set for June 19 of the present year. On said day the petitioner and the party interested in the action referred to in the *certiorari* appeared through their counsel, who argued the question extensively.

We have carefully studied the case and are of the opinion that the same should be promptly annulled.

The petitioner was not and is not now a party to the suit referred to in the petition, which is No. 1084 of the District Court of Mayagüez, instituted by The American Trading Company against Francisco Arán Causcú *et al.* for the foreclosure of a mortgage, and as held by this court in *Delgado* v. *The District Court of Mayagüez* (8 D. P. R., 484), only in very extraordinary cases, of which this is not one, will a writ of *certiorari* be issued on the application of a person who is not a party to the suit whereof review is sought.

Moreover, as the petition itself shows, the petitioner has an adequate and efficient remedy in the ordinary course of the law to defend his alleged rights, and therefore the extraordinary remedy of *certiorari* does not lie according to the constant jurisprudence of this court.

*Application denied.*

Chief Justice Hernández and Justices MacLeary, Wolf, and Aldrey concurred.